IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Civil Action No. 04-cv-02409-PSF-OES

CENTER FOR NATIVE ECOSYSTEMS; and
BIODIVERSITY CONSERVATION ALLIANCE,

    Plaintiffs,

v.

RICK CABLES, in his official capacity as Regional Forester, Region 2,
United States Forest Service; and
UNITED STATES FOREST SERVICE,

    Defendants.

---

**ORDER APPROVING STIPULATION FOR 2-DAY EXTENSION FOR PLAINTIFFS
TO FILE A REPLY BRIEF IN SUPPORT OF THEIR PETITION FOR REVIEW
OF AGENCY ACTION**

---

Based on the parties' Stipulation for 2-Day Extension (Dkt. # 56), it is hereby

ORDERED that Plaintiffs' Reply Brief in support of their Petition for Review of

Agency Action will be filed and served no later than **July 11, 2005**.

    DATED:  July 7, 2005

                                              BY THE COURT:

                                              s/ Phillip S. Figa
                                              _____
                                              Phillip S. Figa
                                              United States District Judge