IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Civil Action No. 04-cv-02409-PSF-OES

CENTER FOR NATIVE ECOSYSTEMS; and
BIODIVERSITY CONSERVATION ALLIANCE,

    Plaintiffs,

v.

RICK CABLES, in his official capacity as Regional Forester, Region 2,
United States Forest Service; and
UNITED STATES FOREST SERVICE,

    Defendants.

---

## ORDER GRANTING MOTION TO WITHDRAW

---

    On Motion of Michael R. Harris, and for good cause shown, it is hereby ORDERED that Michael R. Harris is permitted to withdraw as counsel for the plaintiffs, which shall continue to be represented by Neil Levine of Earthjustice.

    IT IS FURTHER ORDERED that further motions in this matter which are unaccompanied by a proposed order filed in chambers, either in word perfect or text format, will be denied without prejudice. The parties are DIRECTED to D.C.COLO.LCivR 5.6(A) regarding compliance with "Electronic Case Filing Procedures for the District of Colorado," which sets forth at Section V.L. 1 and 2 the requirements for submitting proposed orders.

    DATED:  August 26, 2005

                                               BY THE COURT:

                                               s/ Phillip S. Figa
                                               _____
                                               Phillip S. Figa
                                               United States District Judge