IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Civil Action No. 04-cv-02409-PSF-OES

CENTER FOR NATIVE ECOSYSTEMS; and
BIODIVERSITY CONSERVATION ALLIANCE,

      Plaintiffs,

v.

RICK CABLES, in his official capacity as Regional Forester, Region 2,
United States Forest Service; and
UNITED STATES FOREST SERVICE,

      Defendants.

_____

POLE MOUNTAIN CATTLEMEN'S ASSOCIATION,
an Unincorporated Association, and its members; BATH
SISTERS, LLC, a Wyoming Limited Liability Company;
MARK EISELE; WARREN LIVESTOCK, LLC, a
Wyoming Limited Liability Company; PETER HANSEN;
BONHAM RANCH, LLC, a Wyoming Limited Liability
Company; C.C. DAVIS & CO., LLC, a Wyoming
Limited Liability Company; FERGUSON RANCH, INC.,
a Wyoming Corporation; GARDNER BROS.;
WILLADSEN BROS.; QUARTER CIRCLE F QUARTER
CIRCLE LONE TREE RANCH, INC., a Wyoming Corporation;
WYOMING STOCK GROWERS ASSOCIATION,
a nonprofit Wyoming Corporation on behalf of its members,
LARAMIE COUNTY FARMERS UNION, a nonprofit
Wyoming Corporation on behalf of its members, and
WYOMING FARM BUREAU FEDERATION, a nonprofit
Wyoming Corporation on behalf of its members,

      Defendants-Intervenors

_____

WYOMING ASSOCIATION OF CONSERVATION
DISTRICTS, a nonprofit Wyoming Corporation on behalf of
its members,

      Defendant-Intervenor.

**AMENDED ORDER ON PENDING MOTIONS**

THIS MATTER is before the Court on its September 29, 2005 Order on Pending

Motions.  Errors in the Conclusion section have come to the Court's attention.  It is,

therefore, ORDERED that the Conclusion section should be amended to read as

follows:

**V.     CONCLUSION**

Cattlemen's Application to Intervene (Dkt. #21) is GRANTED.

WACD's Motion to Intervene (Dkt. #30) is GRANTED.  Forest Service's

Motion to Dismiss Plaintiffs' First Claim for Relief (Dkt. #19) is DENIED.

Cattlemen's Motion to Dismiss (Dkt. # 36) is **DENIED**.  WACD's Motion to

Dismiss (Dkt. # 38) is **DENIED**.  Plaintiffs' Petition for Review (Dkt. #34) is

set for hearing on **October 18, 2005 at 8:30 a.m.**  Additionally, the clerk's

office is directed to amend the entry of a docket filing on February 18,

2005, entitled Administrative Record (Dkt. # 16), to reflect that it is not a

motion but simply a docket entry reflecting the filing of the administrative

record.

DATED: September 30, 2005

                                        BY THE COURT:

                                        s/ Phillip S. Figa
                                        _____
                                        Phillip S. Figa
                                        United States District Judge