IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Civil Action No. 04-cv-02409-PSF-OES

CENTER FOR NATIVE ECOSYSTEMS; and
BIODIVERSITY CONSERVATION ALLIANCE,

    Plaintiffs,

v.

RICK CABLES, in his official capacity as Regional Forester, Region 2,
United States Forest Service; and
UNITED STATES FOREST SERVICE,

    Defendants.

## ORDER FINAL JUDGMENT

This matter is before the Court on Plaintiffs' Motion for Entry of Judgment (Dkt. # 71). The Court hereby

ORDERS that the motion is GRANTED, and the Clerk of the Court is DIRECTED to enter a final judgment pursuant to this Court's January 9, 2006 Order (Dkt. # 70).

DATED: February 10, 2006

                BY THE COURT:

                *s/ Phillip S. Figa*

                _____
                Phillip S. Figa
                United States District Judge